*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. HOBBS,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>T. FELKER, Warden,<br><br>　　　　　　Respondent. | No. C 06-4871 RMW (PR)<br><br>ORDER GRANTING<br>PETITIONER'S MOTION FOR<br>ENLARGEMENT OF TIME<br><br>(Docket No. 18) |

　　　Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, petitioner's motion for an extension of time, to an including July 25, 2008, in which to file a traverse is GRANTED.

　　　This order terminates Docket No. 18.

　　　IT IS SO ORDERED.

DATED: __7/1/08_____

　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Petitioner's Motion for Enlargement of Time
P:\pro-se\sj.rmw\hc.06\ Hobbs871eot2            1