***E-FILED - 5/7/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. HOBBS, | ) | No. C 06-4871 RMW (PR) |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO RE-LODGE EXHIBITS |
| vs. | ) | |
| T. FELKER, Warden, | ) | |
| Respondent. | ) | |

In reviewing the record, it has come to the court's attention that exhibits 5, 7, 8, 9, and 12 lodged with respondent's answer on May 7, 2008 are missing pages. In addition, the court noted that exhibit 11, which respondent's notice of lodging of, and index to, exhibits (docket no. 15-3) described as "[r]ecord of petitioner's application for habeas corpus in the Supreme Court and the Supreme Court's order of denial," did not in fact contain a record of petitioner's application, but instead contained a record of another prisoner's application. The court notified respondent of these deficiencies and requested that respondent re-lodge the exhibits that were missing pages and lodge the correct exhibit 11. On April 24, 2009, petitioner re-lodged exhibits 6 through 13. While the exhibits 7, 8, 9 and 12 are now complete, respondent has failed to re-lodge a complete exhibit 5, and has again submitted exhibit 11 that contains a record of another prisoner's

Order Requiring Respondent to Re-Lodge Exhibits
P:\pro-se\sj.rmw\hc.06\ Hobbs871relodge.exh.wpd          1

1  application. The court requests once again that respondent re-lodge the complete exhibit
2  5 and the correct exhibit 11 **within fifteen (15) days** of the date of this order so the court
3  may review the complete record and issue a decision on the merits of the petition.
4      IT IS SO ORDERED.
5  DATED: __5/6/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge