*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. HOBBS, | ) | No. C 06-4871 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| T. FELKER, Warden, | ) | |
| Respondent. | ) | |

The court has denied the petition for a writ of habeas corpus. Therefore, judgment is entered against petitioner and in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __6/3/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Petition for Writ of Habeas Corpus
P:\pro-se\sj.rmw\hc.06\ Hobbs871den                1