***E-FILED - 10/13/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. HOBBS, | No. C 06-4871 RMW (PR) |
| Petitioner, | ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY |
| vs. | |
| T. FELKER, Warden, | (Docket No. 30) |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C.§ 2254. This court denied the petition on the merits on June 3, 2009. Petitioner filed a notice of appeal ("NOA") on July 27, 2009.

As an initial matter, the court notes that petitioner's NOA is untimely. See Fed. R. App. P. 4(a)(1). However, along with his NOA, petitioner simultaneously filed a request for relief, which this court construes as a motion for extension of time to file an NOA. Accordingly, the court GRANTS petitioner's motion for extension of time to file an NOA. Petitioner's NOA is deemed timely. See Fed. R. App. P. 4(a)(5).

Upon the filing of a notice of appeal and a request for a certificate of appealability ("COA"), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. See United

1  States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)).

2       In its order denying habeas relief, this court found that the state court's denial of
3  petitioner's claim of ineffective assistance of trial and appellate counsel were not contrary to or
4  an unreasonable application of clearly established federal law.  In his COA, petitioner asserts
5  that the court misconstrued his pleading.  However, contrary to petitioner's assertion, the court's
6  order addressed petitioner's claim in the manner he requested both in his petition and in his
7  COA.  Further, petitioner has not shown "that jurists of reason would find it debatable whether
8  the petition states a valid claim of the denial of a constitutional right and that jurists of reason
9  would find it debatable whether the district court was correct in its procedural ruling."  Slack v.
10 McDaniel, 529 U.S. 473, 484 (2000).

11      Accordingly, petitioner's application for a certificate of appealability is DENIED.  The
12 clerk shall transmit the file, including a copy of this order, to the Court of Appeals.  See Fed. R.
13 App. P. 22(b).

14      IT IS SO ORDERED.
15 DATED:  10/13/09

                              _____
                              RONALD M. WHYTE
16                            United States District Judge